United States District Court

For the Northern District of California

1
2
3           IN THE UNITED STATES DISTRICT COURT
4         FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7    DONNA L. WOJNOVICH,
                                              NO. C06-1392 TEH
8                    Plaintiff,
                                              ORDER VACATING CASE
9         v.                                  MANAGEMENT CONFERENCE
10   ELI LILLY AND COMPANY,
11                   Defendant.
12

13         The Court is in receipt of a letter, dated May 17, 2006, from the Judicial Panel on

14   Multidistrict Litigation ("JPML"), stating that no opposition to the JPML's conditional

15   transfer order was received during the allowable 15-day period in this case and that,

16   therefore, the case will soon be transferred to the Eastern District of New York as part of

17   MDL-1596, *In re Zyprexa Products Liability Litigation*.  Accordingly, with good cause

18   appearing, the June 26, 2006 case management conference is hereby VACATED.

19

20   **IT IS SO ORDERED.**

21

22   Dated:   06/06/06
                                    _____
23                                  THELTON E. HENDERSON, JUDGE
                                    UNITED STATES DISTRICT COURT
24
25
26
27
28